# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bang Bang Merchandise LLP

                                                Plaintiff,

v.                                                                            Case No.: 1:24−cv−03774

                                                                          Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified on Schedule A

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 7/31/2024. No defendant has filed an appearance in this matter or otherwise objected in response to the TRO or Plaintiff's motion for entry of a preliminary injunction [38]. Accordingly, and based upon the same findings made in this Court's TRO [28], this Court finds that a preliminary injunction is appropriate and warranted, as well as unopposed and grants Plaintiff's motion for preliminary injunction [38] as to the Defendants identified on the accompanying Schedule A. Enter Preliminary Injunction Order. The Court directs the Clerk to unseal any previously sealed documents in this matter. Plaintiff's counsel is directed to add all defendants listed on the accompanying Schedule A to the Court's docket within three business days. Plaintiff may find instructions at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. Consistent with the Court's prior order, [27], this case is dismissed without prejudice as to Defendant Nos. 125, 130, 138, 139, 150, 163, 171, 177, 179, 189 and 202 (which are excluded from the preliminary injunction as well as the TRO), as the current complaint does not provide a basis to find that these Defendants sold or offered for sale infringing products. By 9/13/24, Plaintiff shall file a status report regarding the status of service of process, settlement discussions, and any further information that Plaintiff wishes to bring to the Court's attention. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.