IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANG BANG MERCHANDISE LLP, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-3774 <br><br> Hon. John Robert Blakey |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Bang Bang Merchandise LLP ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| **Defendant No.** | **Store Name** |
|---|---|
| 79 | Nanchang Lianyan Yanjue Technology Co.,Ltd |
| 102 | WEIYOO |
| 151 | pengoshirt |
| 181 | Playthingmarket |
| 192 | ClassicPrintGallery |
| 193 | CoCo CanvasArt |
| 197 | HOHO WALL ART |
| 198 | Mango Canvas Art |
| 204 | YUMMYY |
| 205 | BINFA-Wall Art |

Dated: August 22, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com