# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

BANG BANG MERCHANDISE LLP,

    Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 24-cv-3774

Hon. John Robert Blakey

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Bang Bang Merchandise LLP ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| **Defendant No.** | **Store Name** |
|---|---|
| 36 | Chen Jianlock Poster Shop |
| 38 | chenzheng136369 |
| 71 | lin lin Q |
| 72 | Lin Zhenhua Poster Shop |
| 78 | MLCW |
| 84 | putrewbeng |
| 89 | shengtaishangmaohang |
| 97 | TSYDB |
| 105 | Wenzhou Hanyan e-commerce Co., Ltd. |
| 119 | YUZHOUZHIGUANG9 |
| 207 | Great Shopping Day |

Dated: September 9, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com