IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANG BANG MERCHANDISE LLP,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 24-cv-3774<br><br>Hon. John Robert Blakey |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Bang Bang Merchandise LLP ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| No. | Name | No. | Name |
|---|---|---|---|
| 1 | 244 Home Life Store | 20 | More Better Poster Store |
| 2 | Anime Poster Choice Store | 28 | ArtManagerStudio |
| 3 | Babaite RC13 Store | 35 | CF REVENGE |
| 4 | Babaite RC15 Store | 40 | coloryourliving |
| 5 | Babaite RC17 Store | 55 | Growmoore |
| 6 | Babaite RC24 Store | 76 | meizishangmao |
| 7 | Babaite RC25 Store | 95 | thanhthaopaz |
| 8 | BBQ Canvas Painting Decor Store | 100 | USA POSTER TOWN |
| 9 | Fall In Love With You Clothes Store | 117 | yongjihaoyudianzishangwuyouxiangongsi |
| 10 | Global Fire Clothes Store | 131 | shizier |
| 11 | HAHAHA Art Store | 132 | imal-8829 |
| 12 | HZ Dream Store | 133 | aawubb0429 |
| 13 | JOJO Poster Store | 134 | alohamega |
| 14 | KKT127 Store | 135 | brockree-8 |
| 15 | Leann Art Store | 136 | dmgosm0 |
| 16 | Lion Wings Fashion Factory Store | 137 | edsouza_94 |
| 17 | LK0053 Store | 140 | gthun-49 |
| 18 | LK026 Store | 141 | hashistore2023 |
| 19 | Many Paintings Wall Sticker Store | 142 | hasna-2254 |

| No. | Name | No. | Name |
|---|---|---|---|
| 143 | lored1944.ou | 166 | thiwa_123 |
| 144 | maurices86 | 168 | valdu_3823 |
| 145 | milshan-96 | 169 | vendimiagb |
| 146 | mostly_metal | 170 | yethe1971_87 |
| 147 | msalahudeen | 172 | ESPrintablePoster |
| 148 | nelhashim-0 | 173 | fromchar |
| 149 | nesar_4723 | 174 | GoodiezOnline |
| 152 | pojian1023 | 175 | janualityprints |
| 153 | rainasport7 | 187 | Album Canvas |
| 154 | randa-361 | 190 | Artful Canvas Expressions |
| 155 | rodvasconcelo0 | 191 | Brushwork Boutique |
| 156 | samiro-24 | 211 | aeiruyerk456 |
| 157 | sawas_7429 | 212 | caoyuandonfin |
| 158 | shahar-8687 | 213 | ChenJingXion |
| 159 | shd_store | 214 | ChenYing02 |
| 160 | shehnx | 215 | Gong Donghui |
| 161 | sniceclothing | 216 | jiawanhao fashion |
| 162 | Street Garments | 217 | queswint |
| 164 | sunshine_e-mart_store | 218 | The Wonderful Moment |
| 165 | thinkprints | 219 | xishinengren |

Dated: September 26, 2024

Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
*One of the Attorneys for Plaintiff*

Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com